IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TANGI DIXON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:22-cv-02319-LMM |
| ACE HOMES, LLC, and WEST COAST SERVICING, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

This case comes before the Court on Plaintiff's Motion for Leave to Amend the Complaint and to Add Parties, Motion to Hold Defendants' Motion to Dismiss in Abeyance, and Emergency Motion to Remand. The Court **ORDERS** Defendants to respond to Plaintiff's motions by **noon on Thursday, June 23, 2022**.

**IT IS SO ORDERED** this 21st day of June, 2022.

_____
**Leigh Martin May**
**United States District Court**